EXHIBIT A

| | |
|---|---|
| 1 | |
| 2 | RICHARD ALEXANDER, Cal. Bar #48432<br>JEFFREY W/ RICKARD, Cal. Bar #125180 |
| 3 | RYAN M. HAGAN, Cal Bar #200850<br>ALEXANDER, HAWES & AUDET, LLP |
| 4 | 152 North Third Street, Suite 600<br>San Jose, CA 95112 |
| 5 | Telephone: (408) 289-1776<br>Facsimile: (408) 287-1776 |
| 6 | **Attorneys for Plaintiff(s)** |
| 7 | RANDALL C. CREECH, Cal. Bar #65542 |
| 8 | CREECH, LIEBOW & KRAUS    E-FILED 8/11/2005<br>333 West San Carlos Street |
| 9 | Suite 1600<br>San Jose, CA 95110 |
| 10 | Telephone: (408) 993-9911<br>Facsimile: (408) 993-1335 |
| 11 | |
| 12 | THOMAS M. CARNEY, admitted *pro hac vice*<br>CAROL A. RUTTER, admitted *pro hac vice* |
| 13 | HUSCH & EPPENBERGER, LLC<br>190 Carondelet Plaza, Suite 600 |
| 14 | St. Louis, MO 63105-3441<br>Telephone: (314) 480-1500 |
| 15 | Facsimile: (314) 480-1505<br>**Attorneys for Defendant Olin Corporation** |

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION

| | | |
|---|---|---|
| CHRISTINA BAGLEY, | ) | Case No.: C 03-01844 RMW |
| | ) | |
| Plaintiff, | ) | **STIPULATION FOR DISMISSAL WITH PREJUDICE OF DEFENDANT OLIN CORPORATION BY PLAINTIFF CHRISTINA BAGLEY** |
| v. | ) | |
| OLIN CORPORATION, et al., | ) | |
| Defendants. | ) | |

Pursuant to Fed.R.Civ.P. 41(a)(2), Plaintiff Christina Bagley and Defendant Olin Corporation hereby request that this Court, pursuant to Fed. R. Civ. P. 41(a)(2), enter an Order dismissing with prejudice all claims asserted by Plaintiff Christina Bagley as to

---

2056035.01
**Stipulation of Dismissal with Prejudice of Defendant Olin Corporation by Plaintiff Christina Bagley - 1**

defendant Olin Corporation. All parties to bear their own costs and legal fees incurred to date in this action.

Dated: 8/4/05

Respectfully submitted,

ALEXANDER, HAWES & AUDET, LLP

By: _____
RICHARD D ALEXANDER, Cal. Bar #48432
JEFFREY W/ RICKARD, Cal. Bar #125180
RYAN M. HAGAN, Cal Bar #200850
152 North Third Street, Suite 600
San Jose, CA 95112
Telephone: (408) 289-1776
Facsimile: (408) 287-1776

Attorneys for Plaintiff Christina Bagley

HUSCH & EPPENBERGER, LLC

By: /s/ Carol A. Rutter
THOMAS M. CARNEY, admitted *pro hac vice*
CAROL A. RUTTER, admitted *pro hac vice*
190 Carondelet Plaza, Suite 600
St. Louis, MO 63105-3441
Telephone: (314) 480-1500
Facsimile: (314) 480-1505

RANDALL C. CREECH, Cal. Bar #65542
CREECH, LIEBOW & KRAUS
333 West San Carlos Street
Suite 1600
San Jose, CA 95110
Telephone: (408) 993-9911
Facsimile: (408) 993-1335

Attorneys for Defendant Olin Corporation

2056035.01

**Stipulation of Dismissal with Prejudice of Defendant Olin Corporation by Plaintiff Christina Bagley - 2**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION

| | |
|---|---|
| CHRISTINA BAGLEY,<br><br>　　　　Plaintiff,<br><br>v.<br><br>OLIN CORPORATION, et al.,<br><br>　　　　Defendants. | Case No.: C 03-01844 RMW<br><br>**ORDER DISMISSING WITH PREJUDICE DEFENDANT OLIN CORPORATION BY PLAINTIFF CHRISTINA BAGLEY** |

THIS MATTER coming on the motion of Plaintiff Christina Bagley and Defendant Olin Corporation, for an order of dismissal with prejudice against the defendant OLIN CORPORATION, pursuant to Fed. R. Civ. P. 41(a)(2):

IT IS HEREBY ORDERED

Plaintiff Christina Bagley's claims against Defendant Olin Corporation are dismissed with prejudice, pursuant to Fed. R. Civ. Pro. 41(a)(2). Each party shall bear their own costs and legal fees incurred to date in this action.

SO ORDERED:

AUG 1 1 2005        _Ronald M. Whyte_

2056035.01

**Stipulation of Dismissal with Prejudice of Defendant Olin Corporation by Plaintiff Christina Bagley - 3**